entireties, which are "composed in chief value of steel, not plated with platinum, gold, silver, or colored with gold lacquer." (R. 6.) Accordingly, we hold the present merchandise to be properly dutiable at the rate of 20 per centum ad valorem under the provision in paragraph 397 of the Tariff Act of 1930, as modified by T.D. 54108, for articles, not specially provided for, composed wholly or in chief value of steel, but not plated with platinum, gold, or silver, or colored with gold lacquer, as claimed by plaintiff, through valid amendment to the protest.

The protest is sustained and judgment will be rendered accordingly.

**No. 67838.**—Geo. Wm. Rueff, Inc. *v.* United States, protest 62/15067–16652 (New Orleans).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67839.**—Newco European Import Corp. *v.* United States, protest 62/15618 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67840.**—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 61/6178– 11924, etc. (Chicago).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiffs was sustained.

**No. 67841.**—Agency Tile Supply Corp. et al. *v.* United States, protests 60/21785, etc. (New York).